Raymond W. Wattles, Respondent, v. Horace J. Tuttle, as Trustee in Bankruptcy of the Estate of Bernard I. Rockoff, Bankrupt, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Knowlton Brothers, Respondent, v. New York Air Brake Company, Appellant, Impleaded with Others. (No. 1.) Knowlton Brothers, Respondent, v. New York Air Brake Company, Appellant, (No. 2.)— Order affirmed, with ten dollars costs and disbursements. All concurred.

National Roofing Company, Appellant, v. The Erie Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, P. J., who dissented upon the ground: 1. That under all the facts and circumstances there was a question of fact as to whether at the time the goods arrived and were tendered by the railroad company and taken by the plaintiff it was the owner and holder of the bill of lading and had title to the property. 2. That if any amendment to the complaint was necessary the trial court had ample power to allow the same.

Darius Hober, as Administrator, etc., Respondent, v. New York and Pennsylvania Railway Company, Appellant.— Judgment and orders affirmed, with costs. All concurred, except Robson and Foote, JJ., who dissented.

Pittsburgh-Westmoreland Coal Company, Respondent, v. John K. Kerr and Others, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. All concurred.

John J. McMahon, Appellant, v. Frederick W. Gaylord, Respondent.— Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence offered to show that two of the four horses had attempted to run away on previous occasions was improperly excluded. All concurred, except Robson, J., who dissented.

John Lillis and Another, Respondents, v. Supreme Tribe of Ben Hur, Appellant.— Judgment and order affirmed, with costs. All concurred.

Ward S. Buell, Respondent, v. Lavina Kirby, Appellant.— Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate that the verdict may be reduced by the sum of thirty-nine dollars as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

Ottilia B. Meng, Respondent, v. Charles E. Meng, Appellant.— Judgment affirmed, with costs. All concurred, except Robson and Foote, JJ., who dissented.

Pauline Bell, Respondent, v. New York State Railways, Appellant.— Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented upon the ground that the verdict is excessive.

Louis Maira and Others, Respondents, v. Esther Friedman, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. All concurred.